THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tony Anthony
 Foggie, Appellant.
 
 
 

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No.  2009-UP-346
Submitted June 1, 2009  Filed June 22,
 2009
Affirmed

 
 
 
 J. Falkner  Wilkes and Richard H. Warder, both of Greenville, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and
 Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Tony Anthony Foggie appeals his
 conviction for unlawfully carrying a pistol.  On appeal, Foggie argues the
 trial court erred in failing to suppress a gun as the fruit of an invalid
 investigatory detention, while at trial Foggie argued suppression was proper
 because the gun was the fruit of an invalid search subsequent to an
 investigatory detention.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 694 (2003)
 ("A party may not argue one ground [for error] at trial and an alternate
 ground on appeal."); State v. Smith, 329 S.C. 550, 557, 495 S.E.2d
 798, 801-02 (Ct. App. 1998) (finding reasonable suspicion for search existed
 where individual was stopped late at night on deserted road, acting nervous and
 looking around vehicle).
Affirmed.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.